UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-23549-BLOOM/Otazo-Reyes**

DAMASO J. MUNOZ,

    Plaintiff,

v.

UNITED AUTOMOBILE INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On September 15, 2023, Plaintiff Damaso J. Munoz ("Plaintiff") filed a Complaint, ECF No. [1]. The Complaint alleges that Plaintiff purchased a Comprehensive and Collision policy from Defendant United Automobile Insurance Company ("Defendant"), filed an insurance claim with Defendant, and was denied coverage. ECF No. [1] at 6. The Complaint asserts a bad faith claim under Florida Statutes Section 627.155. *Id.* at 3.

On those allegations, the Court finds that the basis for its subject matter jurisdiction is not adequately pleaded. "[I]t is well settled that a federal court is obligated to inquire into subject matter jurisdiction sua sponte whenever it may be lacking." *Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 975 (11th Cir. 2005). It should do so "at the earliest possible stage in the proceedings." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999). Once a federal court determines that it is without subject matter jurisdiction, "the court is powerless to continue." *Bochese*, 405 F.3d at 974-75; *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action").

Case No. 23-cv-21607-BLOOM/Otazo-Reyes

Plaintiff pleads Federal Question jurisdiction, 28 U.S.C. § 1331, but asserts only one state law claim. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Moreover, Plaintiff does not plead the diversity of citizenship of the parties. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—(1) citizens of different States[.]"). The Court thus lacks subject matter jurisdiction.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 18, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record